```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/25/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Antonia Perez Hernandez,

                    Defendant.

22 Cr. 622-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

WHEREAS, with the Defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Valerie Figueredo on July 22, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Sentencing in this matter will be held on **November 18, 2024**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl St, New York, NY 10007. By **November 5, 2024**, Defendant shall file her sentencing submission. By **November 12, 2024**, the Government shall submit its sentencing submission.

SO ORDERED.

Dated: July 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge